Certificate Number: 16339-PAE-DE-039527484

Bankruptcy Case Number: 19-14039



16339-PAE-DE-039527484

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 7, 2025, at 2:48 o'clock PM EDT, Vincent Williams-Bey completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 7, 2025          By:   /s/Kelley Tipton

                               Name:  Kelley Tipton

                               Title:  Certified Financial Counselor