Certificate Number: 16339-PAE-DE-039527485

Bankruptcy Case Number: 19-14039



16339-PAE-DE-039527485

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 4, 2025,</u> at <u>8:38</u> o'clock <u>PM EDT,</u> <u>Michele Williams-Bey</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC,</u> a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania.</u>

Date:  <u>April 7, 2025</u>          By:  <u>/s/Kelley Tipton</u>

Name:  <u>Kelley Tipton</u>

Title:  <u>Certified Financial Counselor</u>