**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>　　**VINCENT  WILLIAMS-BEY**<br>　　**MICHELE  WILLIAMS-BEY**<br><br>　　　　　　**Debtors** | Chapter 13<br><br>Case No.19-14039-DJB |

## NOTICE OF COMPLETION OF PLAN PAYMENTS

Kenneth E. West, Standing Chapter 13 Trustee, files this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date: April 08, 2025　　　　　　By:　*/s/ Kenneth E. West*
　　　　　　　　　　　　　　　　Kenneth E. West, Esquire, Chapter 13 Trustee
　　　　　　　　　　　　　　　　190 N. Independence Mall West
　　　　　　　　　　　　　　　　Suite 701
　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　(215) 627-1377 (Phone)