**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    VINCENT  WILLIAMS-BEY<br>    MICHELE  WILLIAMS-BEY<br><br>**Debtors** | CHAPTER 13<br><br>BANKRUPTCY NO.  19-14039-DJB |

### CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, Chapter 13 Standing Trustee, and certifies that he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A. at the address(es) listed below by first class mail, postage prepaid:

Debtor

    VINCENT  WILLIAMS-BEY
    MICHELE  WILLIAMS-BEY
    7621 ELMWOOD AVENUE
    PHILADELPHIA, PA  19153

B. and by electronic service only:

Creditor

    HSBC BANK USA, N.A.
    C/O SELECT PORTFOLIO SERVICING, INC.
    PO BOX 65450 ATTN: REMITTANCE PROCESSING
    SALT LAKE CITY, UT  84165-0450

Debtor's Attorney

    CIBIK LAW, P.C.
    MICHAEL A. CIBIK, ESQ.
    1500 WALNUT STREET
    SUITE 900
    PHILADELPHIA, PA  19102

Dated: 4/8/2025

                                                            /s/ Kenneth E. West
                                                            Kenneth E. West, Esquire
                                                            Chapter 13 Standing Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   VINCENT WILLIAMS-BEY<br>   MICHELE WILLIAMS-BEY<br><br>**Debtors** | CHAPTER 13<br><br>BANKRUPTCY NO. 19-14039-DJB |

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, Chapter 13 Standing Trustee, and certifies that he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A. at the address(es) listed below by first class mail, postage prepaid:

Debtor

   VINCENT WILLIAMS-BEY
   MICHELE WILLIAMS-BEY
   7621 ELMWOOD AVENUE
   PHILADELPHIA, PA  19153

B. and by electronic service only:

Creditor

   HSBC BANK USA, N.A.
   C/O SELECT PORTFOLIO SERVICING, INC.
   PO BOX 65450 ATTN: REMITTANCE PROCESSING
   SALT LAKE CITY, UT  84165-0450

Debtor's Attorney

   CIBIK LAW, P.C.
   MICHAEL A. CIBIK, ESQ.
   1500 WALNUT STREET
   SUITE 900
   PHILADELPHIA, PA  19102

Dated: 4/8/2025

/s/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee