United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 19-14039-djb
Vincent Williams-Bey     Chapter 13
Michele Williams-Bey
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4
Date Rcvd: Apr 08, 2025     Form ID: 138OBJ     Total Noticed: 57

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vincent Williams-Bey, Michele Williams-Bey, 7621 Elmwood Avenue, Philadelphia, PA 19153-1314 |
| 14347448 | | City of Philadelphia, Water Revenue Bureau, 1401 JKF Blvd., Philadelphia, PA 19102 |
| 14347450 | + | Conduent/Sandhills Bank, Attn: Claims Department, Po Box 7051, Utica, NY 13504-7051 |
| 14347477 | + | Philadelphia Co Drs, 34 S 11th St Rm 304, Philadelphia, PA 19107-3623 |
| 14347478 | | Philadelphia Parking Authority, 5th and Market, Philadelphia, PA 19106 |
| 14347483 | | Think Finance, Filed Chapter 11 10/2017, Philadelphia, PA 37727 |
| 14359386 | + | Wells Fargo Bank, National Association, C/O THOMAS YOUNG.HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd., Suite 1400 Philadelphia, PA 19103-1814 |
| 14558156 | | Wells Fargo Bank, National Association, et.al, c/o Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 610 Old York Road, Suite 400 Jenkintown, PA 19046 |
| 14558557 | | Wells Fargo Bank, National Association, et.al., C/O ANDREW L. SPIVACK, Block & Scott, PLLC, 610 Old York Road, Suite 400 jenkintown, PA 19046 |
| 14358890 | | Wells Fargo Bank, National Association, et.al., C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 09 2025 01:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 09 2025 01:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14347438 | + | Email/Text: bncnotifications@pheaa.org | Apr 09 2025 01:26:00 | AES/PNC Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14348410 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Apr 09 2025 01:26:00 | Ascendium Education Solutions, Inc., PO Box 8961, Madison WI 53708-8961 |
| 14347432 | + | Email/Text: bankruptcy@rentacenter.com | Apr 09 2025 01:26:00 | Acceptance Now, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14347434 | + | Email/Text: bncnotifications@pheaa.org | Apr 09 2025 01:26:00 | Aes/pheaa, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14347440 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 09 2025 01:26:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14347441 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 09 2025 01:26:00 | Bank of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14383042 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 09 2025 01:36:38 | CACH, LLC, Resurgent Capital Services, PO Box |

Case 19-14039-djb   Doc 188   Filed 04/10/25   Entered 04/11/25 00:33:40   Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 08, 2025 | Form ID: 138OBJ | Total Noticed: 57 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | | 10587, Greenville, SC 29603-0587 |
| 14447158 | Email/Text: megan.harper@phila.gov | Apr 09 2025 01:26:00 | CITY OF PHILADELPHIA, C/O JOSHUA DOMER, City of Philadelphia Law Department, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102 |
| 14437777 | Email/Text: megan.harper@phila.gov | Apr 09 2025 01:26:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14347449 | Email/Text: megan.harper@phila.gov | Apr 09 2025 01:26:00 | City of Philadelphia, 1401 John F. Kennedy Blvd. 5th Fl, Philadelphia, PA 19102 |
| 14390712 | Email/Text: megan.harper@phila.gov | Apr 09 2025 01:26:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14347442 | ^ MEBN | Apr 09 2025 01:25:42 | Capital Bank, Attn: Bankruptcy, 1 Church St. # 300, Rockville, MD 20850-4190 |
| 14347444 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 09 2025 01:36:29 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14363235 | Email/PDF: bncnotices@becket-lee.com | Apr 09 2025 01:36:46 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14347446 | + Email/PDF: ais.chase.ebn@aisinfo.com | Apr 09 2025 01:36:46 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 14347447 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 09 2025 01:26:00 | Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14347451 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 09 2025 01:36:38 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14347452 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 09 2025 01:36:28 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14347453 | + Email/Text: ECMCBKNotices@ecmc.org | Apr 09 2025 01:26:00 | ECMC Group, 111 Washington Ave South, Suite 1400, Minneapolis, MN 55401-6800 |
| 14365396 | Email/Text: ECMCBKNotices@ecmc.org | Apr 09 2025 01:26:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 14369534 | + Email/Text: bankruptcy@flagshipcredit.com | Apr 09 2025 01:26:00 | Flagship Credit Acceptance, P.O. Box 3807, Coppell, TX 75019-5877 |
| 14347464 | + Email/Text: bankruptcy@flagshipcredit.com | Apr 09 2025 01:26:00 | Flagship Credit Acceptance, Po Box 965, Chadds Ford, PA 19317-0643 |
| 14379283 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 09 2025 01:26:00 | HSBC Bank, USA National Association, as Trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14347465 | + Email/PDF: cbp@omf.com | Apr 09 2025 01:36:45 | Household Finance Co/OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14347466 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 09 2025 01:26:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14347463 | Email/Text: bnc-bluestem@quantum3group.com | Apr 09 2025 01:26:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 14347467 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 09 2025 01:36:46 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14347468 | Email/Text: bankruptcies@lead.bank | Apr 09 2025 01:26:00 | Lead Bank, Attn: Bankruptcy, 200 N 3rd St, Garden City, MO 64747 |
| 14359330 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 09 2025 01:36:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14347469 | + Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 19-14039-djb   Doc 188   Filed 04/10/25   Entered 04/11/25 00:33:40   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 08, 2025 | Form ID: 138OBJ | Total Noticed: 57 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 09 2025 01:36:45 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14347471 | + | Email/PDF: bankruptcy_prod@navient.com | Apr 09 2025 01:36:28 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 14392252 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 09 2025 01:36:38 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14347473 | + | Email/Text: bnc@nordstrom.com | Apr 09 2025 01:26:36 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14375360 | + | Email/PDF: cbp@omf.com | Apr 09 2025 01:36:28 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 14347474 | + | Email/PDF: cbp@omf.com | Apr 09 2025 01:36:29 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 14347475 | ^ | MEBN | Apr 09 2025 01:25:36 | PA Turnpike-, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 14347476 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 09 2025 01:26:00 | Peco, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14362134 | + | Email/Text: bankruptcy@philapark.org | Apr 09 2025 01:26:00 | Philadelphia Parking Authority, 701 Market St, Suite 5400, Philadelphia, Pa 19106-2895 |
| 14347479 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 09 2025 01:36:40 | Regional Acceptance Co, Attn: Bankruptcy, 1424 E Firetower Rd, Greenville, NC 27858-4105 |
| 14355749 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 09 2025 01:36:40 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14347481 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 09 2025 01:36:38 | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 14347482 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 09 2025 01:26:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14446846 | + | Email/Text: megan.harper@phila.gov | Apr 09 2025 01:26:00 | The City of Philadelphia, c/o Joshua Domer, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14347484 | + | Email/Text: dbogucki@trumark.org | Apr 09 2025 01:26:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14352585 | + | Email/Text: webadmin@vhllc.co | Apr 09 2025 01:26:00 | Vance & Huffman, Expert Recovery Solutions, 55 Monette Parkway, Smithfield, VA 23430-2577 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14347439 | *+ | AES/PNC Bank, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14347433 | *+ | Acceptance Now, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14347435 | *+ | Aes/pheaa, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14347436 | *+ | Aes/pheaa, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14347437 | *+ | Aes/pheaa, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14347443 | *+ | Capital Bank, Attn: Bankruptcy, 1 Church St. # 300, Rockville, MD 20850-4190 |
| 14347445 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14347454 | *+ | ECMC Group, 111 Washington Ave South, Suite 1400, Minneapolis, MN 55401-6800 |
| 14347455 | *+ | ECMC Group, 111 Washington Ave South, Suite 1400, Minneapolis, MN 55401-6800 |
| 14347456 | *+ | ECMC Group, 111 Washington Ave South, Suite 1400, Minneapolis, MN 55401-6800 |
| 14347457 | *+ | ECMC Group, 111 Washington Ave South, Suite 1400, Minneapolis, MN 55401-6800 |
| 14347458 | *+ | ECMC Group, 111 Washington Ave South, Suite 1400, Minneapolis, MN 55401-6800 |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 08, 2025 | Form ID: 138OBJ | Total Noticed: 57 |

| | | |
|---|---|---|
| 14347459 | *+ | ECMC Group, 111 Washington Ave South, Suite 1400, Minneapolis, MN 55401-6800 |
| 14347460 | *+ | ECMC Group, 111 Washington Ave South, Suite 1400, Minneapolis, MN 55401-6800 |
| 14347461 | *+ | ECMC Group, 111 Washington Ave South, Suite 1400, Minneapolis, MN 55401-6800 |
| 14347462 | *+ | ECMC Group, 111 Washington Ave South, Suite 1400, Minneapolis, MN 55401-6800 |
| 14347472 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 14347480 | *+ | Regional Acceptance Co, Attn: Bankruptcy, 1424 E Firetower Rd, Greenville, NC 27858-4105 |
| 14347470 | ##+ | Milstead & Associates, 1 E Stow Road, Marlton, NJ 08053-3118 |

TOTAL: 0 Undeliverable, 18 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2025                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2025 at the address(es) listed below:

**Name**  **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor Wells Fargo Bank  National Association, et.al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

JEFFREY M. CARBINO
on behalf of Debtor Vincent Williams-Bey jcarbinolaw@outlook.com

JEFFREY M. CARBINO
on behalf of Joint Debtor Michele Williams-Bey jcarbinolaw@outlook.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

MEGAN N. HARPER
on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

MICHAEL A. CIBIK
on behalf of Joint Debtor Michele Williams-Bey help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK
on behalf of Debtor Vincent Williams-Bey help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHELLE L. MCGOWAN
on behalf of Creditor HSBC Bank USA  National Association, as Trustee mimcgowan@raslg.com

PETER E. MELTZER
on behalf of Creditor One Main Financial bankruptcy@wglaw.com  ibernatski@wglaw.com

ROGER FAY
on behalf of Creditor HSBC Bank USA  National Association, as Trustee rfay@alaw.net, bkecf@milsteadlaw.com

THOMAS SONG
on behalf of Creditor Wells Fargo Bank  National Association, et.al. tomysong0@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

*Form 138OBJ* (6/24)−doc 187 − 185

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Vincent Williams−Bey  )    Case No. 19−14039−djb
     )
     )
   Michele Williams−Bey  )    Chapter: 13
     )
   Debtor(s).  )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

          Eastern District of Pennsylvania
          900 Market Street
          Suite 400
          Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 8, 2025                                                                                                 For The Court

                                                                                                   Timothy B. McGrath
                                                                                                   Clerk of Court