United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                  Case No. 19-14039-djb
Vincent Williams-Bey                                                                       Chapter 13
Michele Williams-Bey
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                                   User: admin                                   Page 1 of 2
Date Rcvd: Apr 08, 2025                            Form ID: 234                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vincent Williams-Bey, Michele Williams-Bey, 7621 Elmwood Avenue, Philadelphia, PA 19153-1314 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2025                         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  National Association, et.al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JEFFREY M. CARBINO | on behalf of Joint Debtor Michele Williams-Bey jcarbinolaw@outlook.com |
| JEFFREY M. CARBINO | on behalf of Debtor Vincent Williams-Bey jcarbinolaw@outlook.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| MICHAEL A. CIBIK | |

Case 19-14039-djb    Doc 189    Filed 04/10/25    Entered 04/11/25 00:33:40    Desc
Imaged Certificate of Notice    Page 2 of 3

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 08, 2025 | Form ID: 234 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Joint Debtor Michele Williams-Bey help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Debtor Vincent Williams-Bey help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor HSBC Bank USA National Association, as Trustee mimcgowan@raslg.com |
| PETER E. MELTZER | on behalf of Creditor One Main Financial bankruptcy@wglaw.com ibernatski@wglaw.com |
| ROGER FAY | on behalf of Creditor HSBC Bank USA National Association, as Trustee rfay@alaw.net, bkecf@milsteadlaw.com |
| THOMAS SONG | on behalf of Creditor Wells Fargo Bank National Association, et.al. tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Vincent Williams−Bey and Michele Williams−Bey

        Debtor(s)                        Case No:19−14039−djb

                                                   Chapter: 13

_____

### *NOTICE OF TERMINATION OF WAGE ORDER*

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

                                                                              For The Court

                                                                              Timothy McGrath,
                                                                              Clerk of Court

Date: 4/8/25