United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-14039-djb

Vincent Williams-Bey  Chapter 13

Michele Williams-Bey

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 11, 2025 | Form ID: 195 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vincent Williams-Bey, 7621 Elmwood Avenue, Philadelphia, PA 19153-1314 |
| jdb | #+ | Michele Williams-Bey, 7621 Elmwood Avenue, Philadelphia, PA 19153-1314 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2025 at the address(es) listed below:**

**Name**    **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor Wells Fargo Bank National Association, et.al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

JEFFREY M. CARBINO
    on behalf of Joint Debtor Michele Williams-Bey jcarbinolaw@outlook.com

JEFFREY M. CARBINO
    on behalf of Debtor Vincent Williams-Bey jcarbinolaw@outlook.com

KENNETH E. WEST

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 11, 2025 | Form ID: 195 | Total Noticed: 2 |

ecfemails@ph13trustee.com philaecf@gmail.com

MEGAN N. HARPER
    on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov

MICHAEL A. CIBIK
    on behalf of Joint Debtor Michele Williams-Bey help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK
    on behalf of Debtor Vincent Williams-Bey help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHELLE L. MCGOWAN
    on behalf of Creditor HSBC Bank USA National Association, as Trustee mimcgowan@raslg.com

PETER E. MELTZER
    on behalf of Creditor One Main Financial bankruptcy@wglaw.com ibernatski@wglaw.com

ROGER FAY
    on behalf of Creditor HSBC Bank USA National Association, as Trustee rfay@alaw.net, bkecf@milsteadlaw.com

THOMAS SONG
    on behalf of Creditor Wells Fargo Bank National Association, et.al. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

Vincent Williams−Bey and Michele Williams−Bey                         : Case No. 19−14039−djb
    Debtor(s)

## ORDER
_____

    AND NOW, this day , December 10, 2025 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Derek J Baker
Judge, United States Bankruptcy Court

Form 195